J. F. Brennan et al., trading as Stein, Alstrin & Company, appellees, v. J. R. Persselli, defendant. The National Bank of Chicago, garnishee. M. N. Elsenau and Harris Trust and Savings Bank, intervenors. M. N. Elsenau Company, appellant. Gen. No. 35,578.

Opinion filed May 17, 1932.

Lord, Lloyd & Bissell, for Harris Trust and Savings Bank; John S. Lord and A. C. Wetterstorm, of counsel. C. L. Blankenship, for appellant M. N. Elsenau. Moses, Kennedy, Stein & Bachrach, for appellees; Walter Bachrach, Seymour A. Greenblatt and Philip M. Glick, of counsel.

Mr. Justice Kerner delivered the opinion of the court.

General Acceptance Company, appellee, v. J. B. Gillum, appellant. Gen. No. 35,599.

Opinion filed May 17, 1932. Rehearing denied May 31, 1932.

Edward Byrnhard Zahn, for appellant. Harry J. Rosenzweig and Clyde C. Fisher, for appellee.

Mr. Justice Kerner delivered the opinion of the court.

Fred W. Rentz and Augusta Rentz, defendants in error, v. William E. Meyers and George J. Jank, trading as W. E. Meyers & Company, plaintiffs in error. Gen. No. 35,622.

Opinion filed May 17, 1932.

Morris K. Levinson, for plaintiffs in error. Walter Hamilton and John E. Erickson, for defendants in error.

Mr. Justice Kerner delivered the opinion of the court.

Christian Gross, appellee, v. Virginia R. H. Gross, appellant. Gen. No. 35,658.

Opinion filed May 17, 1932.

Thomas Hart Fisher, for appellant. Robert E. Cantwell, Jr., for appellee; Martin W. Grosse, of counsel.

Mr. Justice Kerner delivered the opinion of the court.